Steven G. Rosales
Attorney at Law: 222224
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491

Attorneys for Plaintiff
WILLIAM KITCHENS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KITCHENS, | ) Case No.: 2:26-CV-0804-DMC |
| Plaintiff, | ) |
| v. | ) ORDER |
| FRANK BISIGNANO, Commissioner of Social Security. | ) |
| Defendant. | ) |

Pursuant to the stipulation signed by all parties, ECF No. 10, IT IS HEREBY ORDERED that Plaintiff may have an extension of time, to and including July 9, 2026, in which to prepare and file Plaintiff's Motion for Summary Judgment; Defendants Cross-Motion for Summary Judgment and

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

Opposition will now be due on or before August 10, 2026; any optional reply brief by Plaintiff will be due on or before August 24, 2026.

IT IS SO ORDERED.

Dated:  June 10, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

-2-